**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| RICHARD E. GROSSO, | : No. 132 MM 2021 |
| Petitioner | : |
| v. | : |
| SUPERINTENDENT MICHAEL ZAKEN AND COMMONWEALTH OF PENNSYLVANIA, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of February, 2022, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus and the "Application to Submit" Memorandum of Law are DENIED.